**EXHIBIT 2**

**CITY OF PLANO – SUBJECTS OF TESTIMONY**

**Definitions**

"City" means the City of Plano, including its Planning and Zoning Commission and Planning Department.

"Women's Elevated" means the plaintiff, Women's Elevated Sober Living LLC.

"Residence" means the house at 7312 Stoney Point Drive in Plano, Texas.

**Matters for Examination**

1. The City's policy for retention of written electronic documents, including any changes in that policy since 2004.

2. Any information in the City's possession that the City regards as casting doubt on whether the women living in the Residence have a handicap as that term is defined in the Fair Housing Act.

3. The reasons for the adoption of and any amendments to the Plano Zoning Ordinance that concern group homes, including but not limited to group homes that meet the definition of a "Household Care Facility" or "Household Care Institution"

4. The existence and contents of any studies, reports, data compilations or other materials considered by the City in connection with the change in definition of "Household Care Facility" and "Household Care Institution" made pursuant to Ordinance 2004-09-18.

5. The existence and contents of any studies, reports, data compilations or other materials considered by the City in connection with the definition of "Household Care Facility" and "Household Care Institution" in the Plano Zoning Ordinance as adopted in Ordinance 2006-4-24

6. The existence and contents of any studies, reports, data compilations or other materials considered by the City in connection with the change in definition of "Household Care Facility," "Household Care Institution," and "Household" proposed in Zoning Case 2009-09.

7. The existence and contents of any studies, reports, data compilations or other materials considered by the City in connection with any other change in the definition of "Household Care Facility," "Household Care Institution," or "Household" adopted by the City from 2001 to the present.

8. The date, ordinance or zoning case number, and content of every ordinance or zoning case that concerned a change in the definition of "Household Care Facility," "Household Care Institution," or "Household."

9. Any studies, reports, data compilations or other materials concerning sober living facilities, including but not limited to:

    a. the effect of sober living facilities on property values,

    b. the effect of sober living facilities on neighborhood character, or

    c. the effect of sober living facilities on neighborhood crime rates

gathered or considered by the City, the Board of Adjustment, or any member of the City staff in connection with the Request for Accommodation that is the subject of this lawsuit.

10. Any information not requested in item 9 above concerning sober living facilities, including but not limited to:

    a. the effect of sober living facilities on property values,

    b. the effect of sober living facilities on neighborhood character, or

    c. the effect of sober living facilities on neighborhood crime rates

gathered or considered by the City, the Board of Adjustment, or any member of the City staff in connection with the Request for Accommodation that is the subject of this lawsuit.

11. Any traffic studies made at any time concerning Stoney Point drive or the neighborhood surrounding it.

12. The "regulatory requirements" referred to in your answers to Elevated's Request for Admissions 4 and 5.

13. The rationale for every regulation, ordinance, code or other restriction that limits the number of members of a "Household" who can reside at 7312 Stoney Point Drive.

14. All records kept by or available to the City that show the number of individuals residing in any given single-family residences in the City.

15. Any records or other information kept by or available to the City showing the average or typical number of residents in single-family residences in the City.

16. The specific statements and evidence referred to in your answer to Elevated's Interrogatory No. 3.

17. Any information the City has concerning the effectiveness of sober living facilities in assisting recovering drug and alcohol addicts remain sober, whether or not gathered in connection with the defense of this lawsuit.

18. Any information the City has concerning the effect of sober living facilities on property values in the immediate neighborhood of such facilities or the city as a whole.

19. Every reason the City has chosen to fix the number of residents in a Household Care Facility at 10 as opposed to six, eight, or some other number.

20. Any restrictions the City imposes on the use of residential properties to make money, including in particular any restrictions the City imposes on renting single-family residences on either on a short term or a long-term basis.

21. Each complaint to the City concerning noise and traffic in single-family residential neighborhoods for the period from January 1, 2010 to the present, including the address or area that was the subject of the complaint.

22. The rationale for the City's adoption of its Backyard Cottage ordinance and for the particular limits and requirements for backyard cottages regulated by it.

23. Any information the City has concerning the location of sober living facilities in the City, regardless of how or when that information was obtained.

24. Any efforts by the City to gather information on the effect of Women's Elevated Sober Living on the surrounding neighborhood before the Board of Adjustment hearing on May 28, 2019.

25. Any efforts by the City to gather information on the effect of Women's Elevated on the surrounding neighborhood after May 28, 2010.

26. The author of and circumstances surrounding the creation of the following documents produced by the City:

> PLANO 00115 to 00119
> PLANO 00242 to 00257 – and in particular the identity and job responsibilities of the person identified as "Ms. Jarrell" in those documents
> PLANO 00266 to 00277
> PLANO 00281 to 00293
> PLANO 00761 to 00793
> PLANO 00794 to 00897
> PLANO 04549 to 04591
> PLANO 04872 to 05184
> PLANO 05317 to 05347
> PLANO 05605 to 05708
> PLANO 05756 to 05760

27. The "Plano Homeowners Council," including its creation, the number and selection of its members, its responsibilities and powers and whether it continues to exist.