IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CONSTANCE SWANSTON, WOMEN'S ELEVATED SOBER LIVING, LLC, AND SHANNON JONES | § § § § § § § | |
| v. | | Civil Action No. 4:19-cv-00412-ALM Judge Mazzant |
| CITY OF PLANO, TEXAS | | |

**PROTECTIVE ORDER**

On this day, the Court considered Defendants' Motion for Protective Order (the "Motion"). The Court, having considered the Motion and all pleadings on file, finds the Motion has merit, and should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Pat Morgan, Robert Miller, and Jim Norton are not compelled to testify at a deposition in this case.

It is further ORDERED, ADJUDGED, and DECREED that the corporate representative(s) of The City of Plano is/are not required to give testimony on Topics # 2, 3, 4, 5, 6, 7, 19, and 22 set forth in Plaintiffs' proposed topics of deposition for the City of Plano's corporate representative(s).

It is further ORDERED, ADJUDGED, and DECREED that the corporate representative(s) of The Board of Adjustment is/are not required to give testimony on Topic A: # 1, 2, 3, and 4; Topics B, C, D, and E #1, 3 (all topics except b), 4, and 9; Topic F (all topics therein); and Topic G (all topics therein) set forth in Plaintiffs' proposed topics of deposition for the Board of Adjustment's corporate representative(s).