IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |
|---|---|
| CONSTANCE SWANSTON and <br> WOMEN'S ELEVATED SOBER LIVING <br> LLC. and SHANNON JONES <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PLANO, TEXAS <br> CITY OF PLANO'S BOARD OF <br> ADJUSTMENT <br><br> Defendant | § § § § § § § § § § § § § § CASE NO. 4:19-CV-00412-ALM |

**NOTICE OF WITHDRAWAL**
**OF PLAINTIFFS' MOTION IN LIMINE**

In light of the Court's Order of May 17, 2020 [Dkt. 60] Plaintiffs withdraw their pending Motion in Limine [Dkt. 54, 55]. A new Motion in Limine will be filed in accordance with the Court's Order.

DATED: August 19, 2020

                                              Respectfully submitted,

                                              Richard M. Hunt
                                              Texas State Bar No. 10288700
                                              rhunt@hunthuey.com
                                              Jeanne M. Huey
                                              Texas State Bar No.
                                              jhuey@hunthuey.com

                                              HUNT HUEY PLLC
                                              7333 Lee Parkway, Suite 600
                                              Dallas, Texas 75216
                                              Telephone: (214) 641-9182
                                              Facsimile: (214) 279-6124

                                                ATTORNEYS FOR SWANSTON AND ELEVATED

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served on all parties through their respective counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure on August 19, 2020.

                                                 _____
                                                 Richard M. Hunt