IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| CONSTANCE SWANSTON and <br> WOMEN'S ELEVATED SOBER LIVING <br> LLC. and SHANNON JONES <br><br>     Plaintiffs, <br><br> v. <br><br> CITY OF PLANO, TEXAS <br> CITY OF PLANO'S BOARD OF <br> ADJUSTMENT <br><br>     Defendant | § § § § § § § § § § § § § § § | CASE NO. 4:19-CV-00412-ALM |

## PLAINTIFFS' WITNESS LIST FOR TRIAL

Constance Swanston and Elevated Sober Living, LLC file this Witness List for Trial as follows:

**Witnesses who will be called at trial:**

Constance Swanston
Shannon Jones
Dr. John Majer
Richard M. Hunt – attorneys' fees only.
Christopher McGreal – attorneys' fees only.
Selso Mata
K.E. – a former resident of Women's Elevated Sober Living
K.H. – a former resident of Women's Elevated Sober Living
T.H. – a former resident of Women's Elevated Sober Living

**Witnesses who may be called at trial:**

Daniel Ardino
James Kearins
Michael Martin
Phyllis Jarrell
Robert Miller
Pat Morgan
Christina Day and Selso Mata as City of Plano representative
Selso Mata and Christina Day as Board of Adjustment representative

**EXHIBIT C-1, PLAINTIFFS' WITNESS LIST**　　　　　　　　　　　　　　　　　　　　　　Page 1 of 3

Luz-Eugenia Fuenzalida

Each of the residents and former residents not listed above whose identities were disclosed to Plaintiffs, referred to here by their initials: M.N., A.K., M.D., C.D., R.B., D.B,

**Witnesses who may be called by deposition (see Exhibit 1 for designations)**

Daniel Ardino
Selso Mata
Daniel Salazar
Jim Norton
Michael Martin
Phyllis Jarrell
Christina Day
Robert Miller
Pat Morgan
City of Plano representative
Board of Adjustment representative

DATED: November 5, 2020

Respectfully submitted,

_____
Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com
Jeanne M. Huey
Texas State Bar No.
jhuey@hunthuey.com

HUNT HUEY PLLC
7333 Lee Parkway, Suite 600
Dallas, Texas 75216
Telephone:  (214) 641-9182
Facsimile:  (214) 279-6124

ATTORNEYS FOR SWANSTON AND ELEVATED

*/s/ Rachel Cohen-Miller*
RACHEL COHEN-MILLER
Texas State Bar No. 24064301
DISABILITY RIGHTS TEXAS

**EXHIBIT C-1, PLAINTIFFS' WITNESS LIST**                                                             Page 2 of 3

                                        1420 W. Mockingbird Lane, Ste. 450
                                        Dallas, Texas 75247-4932
                                          Phone: (214) 845-4069
                                          Fax: (214) 630-3472
                                          rmiller@drtx.org

                                        */s/ Christopher P. McGreal*
                                        CHRISTOPHER P. McGREAL
                                        TX State Bar No. 24051774
                                        DISABILITY RIGHTS TEXAS
                         1420 W. Mockingbird Lane, Ste. 450
                                        Dallas, Texas 75247
                                        Phone: (214) 845-4056
                                        Fax: (214) 630-3472
                                        cmcgreal@drtx.org

                                        *Attorneys for Plaintiff*
                                        *Shannon Jones*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served on all parties through their respective counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure on November 5, 2020.

                                                                         _____
                                                                         Richard M. Hunt

**Exhibit 1 to Plaintiffs' Witness List – deposition designations**

| Witness | Page and Line |
|---|---|
| Andino | p. 7 lines 15 to 25 |
|  | p. 8 lines 1 to 25 |
|  | p. 9 lines 5 to 23 |
|  | p. 10 lines 4 to 25 |
|  | p. 11 lines 1 to 25 |
|  | p. 12 lines 1 to 25 |
|  | p. 13 lines 1 to 25 |
|  | p. 14 lines 1 to 25 |
|  | p. 15 lines 1 to 25 |
|  | p. 16 lines 1 to 25 |
|  | p. 17 lines 1 to 4 |
|  | p. 19 lines 19 to 25 |
|  | p. 20 lines 1 to 21 |
|  | p. 24 lines 10 to 25 |
|  | p. 25 lines 1 to 25 |
|  | p. 26, lines 1 to 22 |
|  | p. 31, lines 5 to 12 |
|  | p. 32 lines 21 to 25 |
|  | p. 33 lines 1 to 16 |
|  | p. 39 lines 1 to 4 |
|  | p. 41 lines 4 to 18 |
|  | p. 44 lines 20 to 25 |
|  | p. 45 lines 1 to 3 |
| K.E. | p. 7 lines 15 to 18 |
|  | p. 10 lines 16 to 25 |
|  | p. 14 line 25 to page 15 line 10 |
|  | p. 16 lines 20 to 25 |
|  | p. 17 lines 1 to 12 |
|  | p. 19 lines 9 to 23 |

|  | p. 21 lines 4 to 19 |
|---|---|
|  | p. 23 lines 3 to 18 |
|  | p. 24 line 24 to p. 25 line 11 |
|  | p. 27 lines 10 to 21 |
|  | p. 30 lines 10 to 24 |
| K.H. | p. 8 lines 19 to 25 |
|  | p. 9 lines 5 to 10 |
|  | p. 11 lines 23 to 25 |
|  | p. 12 lines 1 to 20 |
|  | p. 13 line 24 to p. 14 line 25 |
|  | p. 15 lines 1 to 25 |
|  | p. 16 lines 1 to 13 |
|  | p. 17 lines 1 to 25 |
|  | p. 18 lines 1 to 16 |
|  | p. 19 lines 7 to 25 |
|  | p. 20 lines 1 to 8 |
|  | p. 22 lines 5 to 11 |
|  | p. 23 lines 2 to 9 |
| T.H. | p. 7 lines 8 to 16 |
|  | p. 8 lines 3 to 13 |
|  | p. 11 lines 8 to 14 |
|  | p. 11 line 25 to p. 12 line 18 |
|  | p. 13 lines 5 to 17 |
|  | p. 13 line 23 to 25 |
|  | p. 14 lines 1 to 15 and 22 to 25 |
|  | p. 15 lines 1 to 12 and 20 to 24 |
|  | p. 16 lines 19 to 25 |
|  | p. 17 lines 1 to 25 |
|  | p. 18 lines 10 to 19 |
|  | p. 19 lines 17 to 25 |
|  | p. 20 lines 1 to 6 and lines 22 to 25 |

|  | p. 21 lines 1 to 25 |
|--|--|
|  | p. 22 lines 1 to 25 |
|  | p. 23 lines 1 to 4 |
| Norton | p. 6 lines 21 to 25 |
|  | p. 7 lines 1 to 11 |
|  | p. 8 lines 9 to 25 |
|  | p. 9 lines 1 to 5 |
|  | p. 13 lines 18 to 23 |
|  | p. 16 lines 18 to 25 |
|  | p. 17 lines 1 to 25 |
|  | p. 18 lines 1 to 4 |
|  | p. 19 lines 21 to 25 |
|  | p. 20 lines 1 to 25 |
|  | p. 21 lines 7 to 19 |
|  | p. 21 line 25 to page 22 line 20 |
|  | p. 24 lines 20 to 25 |
|  | p. 25 lines 1 to 4 |
|  | p. 27 lines 18 to 25 |
|  | p. 28 lines 1 to 9 |
|  | p. 30 lines 14 to 25 |
|  | p. 31 lines 1 to 25 |
|  | p. 32 lines 1 to 7 |
|  | p. 42 lines 11 to 25 |
|  | p. 43 lines 1 to 6 |
| Jarrell | p. 5 lines 10 to 12 |
|  | p. 7 lines 21 to 25 |
|  | p. 8 lines 1 to 18 |
|  | p. 10 lines 3 to 25 |
|  | p. 11 lines 1 to 13 |
|  | p. 21 lines 1 to 8 |
|  | p. 25 lines 1 to 25 |

|  | p. 26 lines 1 to 11 |
|---|---|
|  | p. 27 lines 9 to 14 |
|  | p. 28 lines 19 to 25 |
|  | p. 29 lines 1 to 18 |
|  | p. 33 lines 18 to 25 |
|  | p. 34 lines 1 to 3, and 13 to 25 |
|  | p. 35, lines 1 to 25 |
|  | p. 36 lines 1 to 18 and 23 to 25 |
|  | p. 37 lines 1 to 8 and 19 to 25 |
|  | p. 38 lines 1 to 16 |
|  | p. 40 lines 18 to 25 |
|  | p. 41 lines 1 to 11 and 21 to 25 |
|  | p. 42 lines 1 to 25 |
|  | p. 43 lines 1 to 19 |
|  | p. 44 lines 5 to 25 |
|  | p. 45 lines 1 to 25 |
|  | p. 46 lines 1 to 4 |
|  | p. 47 lines 19 to 25 |
|  | p. 28 lines 1 to 25 |
|  | p. 49 lines 1 to 20 |
|  | p. 51 lines 14 to 25 |
|  | p. 52 lines 1 to 21 |
| Mata 7/7/2020 | p. 6 line 4 to p. 7 line 20 |
|  | p. 11 line 10 to 25 |
|  | p. 12 lines 1 to p. 13 line 10 |
|  | p. 15 line 2 to page 16 line 3 |
|  | p. 16 line 17 to p. 18 line 17 |
|  | p. 20 line 8 to p. 21 line 7 |
|  | p. 22 line 6 to 22 line 14 |
|  | p. 33 line 19 to p. 36 line 19 |
|  | p. 38 line 20 to p. 39 line 20 |

|  | p. 41 line 11 to p. 42 line 3 |
|---|---|
|  | p. 53 line 18 to p. 54 line 8 |
|  | p. 54 line 10 to p. 56 line 20 |
|  | p. 62 line 20 to p. 64 line 22 |
|  | p. 70 line 17 to p. 71 line 11 |
|  | p. 72 line 5 to p. 75 line 9 |
| Mata 9/2/2020 | p. 22 line 6 to p. 25 line 15 |
|  | p. 57 line 4 to p. 61 line 7 |
|  | p. 64 line 4 to p. 68 line 24 |
|  | p. 74 line 1 to 8 |
|  | p. 75 line 8 to p. 76 line 4 |
| Day 7/29/2020 | p. 4 line 3 to p. 10 line 1 |
|  | p. 42 line 8 to p. 44 line 5 |
|  | p. 46 line 1 to p. 47 line 18 |
| Day 9/21/2020 | p. 4 lines 11 to 13 |
|  | p. 8 line 12 to p. 12 line 24 |
|  | p. 13 line 14 to p. 16 line 19 |
|  | p. 16 line 23 to p. 22 line 1 |
|  | p. 23 line 19 to p. 31 line 21 |
|  | p. 33 lines 9 to 21 |
|  | p. 35 line 4 to p. 40 line 13 |
|  | p. 43 line 16 to p. 46 line 20 |
|  |  |