IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONSTANCE SWANSTON, WOMEN'S ELEVATED SOBER LIVING LLC, AND SHANNON JONES<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PLANO, TEXAS<br><br>Defendant. | § § § § § § § § § § § § §  CASE NO. 4:19-CV-00412-ALM |

## DEFENDANTS' TRIAL WITNESS LIST

Defendants City of Plano, Texas and the City of Plano Board of Adjustment file their Trial Witness List, including witnesses who will be called, who may be called, and who may appear by deposition:

**A. Witnesses Who Will Be Called**

1. Constance Swanston
2. James Kearins
3. Shannon Jones
4. Dr. Kevin Gilliland
5. Dr. John Majer
6. Christina Day

**B. Witnesses Who May Be Called**

1. Selso Mata
2. Phyllis Jarrell
3. Daniel Salazar

    4. Caleb Thornhill

    5. Pat Morgan

    6. Robert Miller

**C. Witnesses Who May Appear By Deposition**

    1. Former resident K. E. (video deposition designations previously disclosed)

    2. Former resident T. H. (video deposition designations previously disclosed)

    3. Former resident K. H. (video deposition designations previously disclosed)

    4. Daniel Andino through the following designations:

Page 7 line 15 – Page 10 line 13

Page 11 lines 19-25

Page 14 line 17 – Page 15 line 20

Page 24 line 10 – Page 25 line 23

Page 27 line 11 – Page 29 line 12

Page 31 line 13 - Page 34 line 11

Page 37 line 11 – Page 38 line 2

Page 38 lines 7-19

Page 39 lines 1-4

Page 39 line 20 – Page 40 line 12

Page 43 line 12 – Page 44 line 19

Page 45 line 24 – Page 46 line 9

Page 46 line 25 – Page 47 line 18

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/ Charles J. Crawford*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone (214) 544-4000
Facsimile (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**