AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TEXAS |

CONSTANCE SWANSTON, ET AL

V.

CITY OF PLANO, TEXAS ET AL

## EXHIBIT AND WITNESS LIST

Case Number:  4:19-cv-412

| PRESIDING JUDGE Hon. Amos L. Mazzant III | PLAINTIFF'S ATTORNEY Richard M. Hunt | DEFENDANT'S ATTORNEY Charles Crawford |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Time and Billing Records for Hunt Huey PLLC |
| 2 | | | | | Plano Ordinance 2004-9-18 |
| 3 | | | | | Excerpts of Plano City Council Minutes dated 9/13/2004, PLANO 00900-00902 |
| 4 | | | | | Plano Ordinance 2009-6-9 |
| 5 | | | | | Plano Ordinance 2015-5-2 |
| 6 | | | | | Plano Ordinance 2020-6-5, PLANO 5624 to 5630 |
| 7 | | | | | Plano Ordinance 2019-02-10 |
| 8 | | | | | Plano Code of Ordinances Ch. 14, Article V |
| 9 | | | | | Plano Code of Ordinances Section 11-96 |
| 10 | | | | | Plano Code of Ordinances Section 12-227 |
| 11 | | | | | Plano Code of Ordinances Section 14-3 |
| 12 | | | | | Plano Code of Ordinances Section 18-6 |
| 13 | | | | | Plano Code of Ordinances Section 21-50 |
| 14 | | | | | Plano Code of Ordinances Sectoin 4-51 |
| 15 | | | | | International Property Maintenance Code Section 404.4 |
| 16 | | | | | Excerpt of transcript from May 28, 2019 BOA meeting - testimony of Scott Lucile |
| 17 | | | | | Women's Elevated Accommodation Request - PLANO 800 - 803 |
| 18 | | | | | May 28, 2019 Board of Adjustment Decision Letter - Elevated 000576 |
| 19 | | | | | Document labeled "Comments re Sober living homes," Plano Open Records 000577 to 000609 |
| 20 | | | | | City of Plano Zoning Analysis attached as Exhibit 1 to City's Answers to Interrogatories |
| 21 | | | | | City of Plano Answers to Swanston/Women's Elevated First Set of Interrogatories |
| 22 | | | | | Email string between Selso Mata and Jim Olk, PLANO 04555 to 0461. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

| Print | Save As... | Export as FDF | Retrieve FDF File | New Page | Reset |

✎ AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | Swanston et al | vs. | City of Plano, Texas et al | CASE NO. 4:19-cv-412 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Email string including complaint about Stoney Point home - PLANO 5506 to 5510 |
| 24 | | | | | Email from Daniel Salazar to Richard Hunt - PLANO 0115 |
| 25 | | | | | Minutes of May 28, 2019 BOA Meeting - PLANO 00795 to 00798 |
| 26 | | | | | Blank Application Form for Women's Elevated |
| 27 | | | | | City Supplemental Disclosures - Gilliland dated 7-30-2020 (subject to Motion to Exclude) |
| 28 | | | | | Email from Christina Day - PLANO 4924 |
| 29 | | | | | Email string - PLANO 04601 to 04602 |
| 30 | | | | | Email string - PLANO 05044 to 05046 |
| 31 | | | | | Women's Elevated Profit & Loss Statement - Elevated 002911 |
| 32 | | | | | Women's Elevated Profit & Loss Statement - Elevated 002910 |
| 33 | | | | | Excerpts from City of Plano 1986 Zoning Ordinance - Jarrell Deposition Exhibits 88, 89 and 101 |
| 34 | | | | | City of Plano Ordinance 91-11-22 - Jarrell Deposition Exhibit 91 |
| 35 | | | | | City of Plano Agenda No. 8, Zoning Case 2009-09 - PLANO 1494 - 1502 |
| 36 | | | | | March 6, 2009 Letter to the City of Plano - PLANO 05631 |
| 37 | | | | | City of Plano Answers to Interrogatories from Shannon Jones |
| 38 | | | | | Shannon Jones Answers to Interrogatories from the City of Plano |
| 39 | | | | | Shannon Jones Medical Records - JONES 00001 to 00049 |
| 40 | | | | | HUD - DOJ Joint Statement on Reasonable Accommodation Requests dated May 2004. |
| 41 | | | | | Aerial photo of Stoney Point Home - PLANO 00816 |
| 42 | | | | | Planning and Zoning Commission Agenda 4-20-2009 - PLANO 3572 - 3579 |
| 43 | | | | | Memo dated 9-29-1987 - Jarrell Deposition Exhibit 90 |
| 44 | | | | | City of Plano Ordinance 97-11-22 - Jarrell Deposition Exhibit 91 |
| 45 | | | | | City of Plano Ordinance 91-5-13 - Jarrell Deposition Exhibit 92 |
| 46 | | | | | Memo from P&Z Comm'n to City Council dated 5-19-2009 - PLANO 01490 - 01507 |
| 47 | | | | | Email from Maria Tu to Christopher Andries - PLANO 4181 - 4183 |
| 48 | | | | | Email dated 4-15-2019 - PLANO 5050 - 5052 |
| 49 | | | | | Email dated 4-16-2019 - PLANO 5036 - 5038 |

Print     Save As...     Export as FDF     Retrieve FDF File     Reset

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

|  | | | | | VS. | CASE NO. |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page _____ of _____ Pages