# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF Texas, Sherman Division

Constance Swanston, et al.

V.

City of Plano, Texas

## EXHIBIT AND WITNESS LIST

Case Number: 4:19-cv-00412

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MAZZANT | Richard Hunt, Chris McGreal | Charles J. Crawford, Lucas Henry |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Video of May 28, 2019 BOA meeting |
| | 2 | | | | Transcript of May 28, 2019 BOA meeting transcribed by court reporter |
| | 3 | | | | BOA packet, including exhibits, from May 28, 2019 BOA meeting (Mata Deposition Ex. 68) |
| | 4 | | | | Plano's May 20, 2019 Zoning Ordinance - Table of Contents |
| | 5 | | | | Plano's May 20, 2019 Zoning Ordinance - Article I Legal Framework |
| | 6 | | | | Plano's May 20, 2019 Zoning Ordinance-Article 5 Variances & Appeals of Adminstrative Decisions |
| | 7 | | | | Plano's May 20, 2019 Zoning Ordinance - Article 8 Definitions |
| | 8 | | | | Plano's May 20, 2019 Zoning Ordinance - Article 9 Residential Districts |
| | 9 | | | | Plano's May 20, 2019 Zoning Ordinance - Article 14 Allowed Uses and Use Classifications |
| | 10 | | | | Plano Ordiance 2020-6-5 |
| | 11 | | | | May 19, 2009 Memos from Jim Norton to Honorable Mayor & City Council re: Results of Planning & |
| | | | | | Zoning Commission Meeting of May 18, 2009, with attached staff report |
| | 12 | | | | Certificate of Formation Kearins House LLC, filed 12-23-15 |
| | 13 | | | | Certificate of Amendment, filed 10-24-18 |
| | 14 | | | | Texas Franchise Tax Public Information Report, Report Year 2018 |
| | 15 | | | | Texas Franchise Tax Public Information Report, Report Year 2019 |
| | 16 | | | | Warranty Deed, filed 11-5-18 |
| | 17 A | | | | Elevated's Reasonable Accommodation Request to the Board of Adjustment |
| | 17 B | | | | Elevated's Reasonable Accommodation Request to the Board of Adjustment |
| | 18 | | | | Elevated's Wells Fargo Combined Statement of Accounts |
| | 19 | | | | Elevated's Accountant's Compilation Report for the 9 months ended September 30, 2019 |
| | 20 | | | | Elevated's Profit and Loss Statement, January - December 2019 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

≶AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Constance Swanston, et al. | | VS. | City of Plano, Texas | CASE NO. 4:19-cv-00412 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 21 | | | | Elevated's Profit and Loss Statement, January - May 2020 | |
| | 22 | | | | Screenshots of Elevated's Web-page, 6-27-19 | |
| | 23 | | | | Screenshots of Elevated's Web-page, 8-17-20 | |
| | 24 | | | | Business Records Affidavit with attached MLS Listing for 7312 Stoney Point Drive | |
| | 25 | | | | Screenshots of 4600 Live Oak Project Facebook Home Page, 5-7-20 | |
| | 26 | | | | Franchise Tax Account Status, 4600 Live Oak Modern Farmhouse Townhomes, LLC | |
| | 27 | | | | Franchise Tax Account Status, The Branch Owners Association, Inc. | |
| | 28 | | | | August 8, 2019 letter to Constance Swanston re: PS-19-02097, 7312 Stoney Point Dr. | |
| | 29 | | | | June 26, 2017 letter to Kong Posh re: PS17-08005, 900 Middle Cove Dr; June 27, 2017 letter to Mike Martin re: PS17-08030, 1705 M Pl.; June 17, 2017 letter to Tracer 901 re: PS17-08030, 1705 M Pl. | |
| | 30 | | | | Email chain re: Civil Engineer Exemption beginning 8-16-19 and ending 9-9-19 | |
| | 31 | | | | City of Plano Code of Ordinances Sec. 12-115 | |
| | 32 | | | | Expert Report of Dr. Kevin Gilliland, Psy. D. | |
| | 33 | | | | Supplemental Affidavit of Dr. Kevin Gilliland | |
| | 34 | | | | Affidavit of Kevin Gilliland in Support of Defendants' Response to Plaintiffs' Motion to Strike | |

Page    2    of    2    Pages