# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CONSTANCE SWANSTON, WOMEN'S ELEVATED SOBER LIVING LLC, and SHANNON JONES,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF PLANO, TEXAS,<br><br>*Defendant*. | § § § § § § § § § § § §  Civil Action No. 4:19-cv-412<br>Judge Mazzant |

## ORDER

Pending before the Court is Defendants' Unopposed Motion to Appear by Contemporaneous Transmission (Dkt. #103). Having considered the Motion, the Court finds it should be **GRANTED**.

It is hereby **ORDERED** that Ms. Michelle D'Andrea may appear remotely. As she may appear in the live proceedings by telephone, Ms. D'Andrea may call the Conference Number at to listen in: 888-363-4749; Access Code: 1588844, followed by #.

**IT IS SO ORDERED.**

  **SIGNED** this 8th day of February, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE